RECEIVED
JUN 2 8 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  16-CR-00138 |
| VERSUS | * | JUDGE DRELL |
| PETER NTA | * | MAGISTRATE JUDGE WHITEHURST |

### STIPULATED FACTS

The United States of America through the undersigned Assistant United States Attorney, the defendant, PETER NTA, and undersigned defense counsel, who, for the purpose of satisfying the requirements of Federal Rule of Criminal Procedure 11(b)(3), do stipulate as follows:

On February 7, 2016 law enforcement officers encountered Nigerian national and United States green card holder, Peter Nta, at the Lafayette Regional Airport where he appeared to be suffering from some sort of mental illness. Nta was outside of the airport and informed officers that he had something in his possession that would either kill or cure everyone from the radical regime that plagues the world. Nta asked to speak with Elon Musk, the creator or Tesla, and stated that Musk is the only person that would understand his situation. Nta indicated to officers at that time that he had been smoking for two days prior to this incident. He further stated that he would not get in any law enforcement vehicle and they would have to kill him to get him inside. Within minutes Nta began to relax and he was hospitalized by way of Order of Protective Custody. Nta was released from custody on February 12, 2016.

On February 12, 2016 the Lafayette Police Department received a call from Peter Nta's brother-in-law, Jte Enghagha, who stated that Nta had informed him that he wanted to die in a public setting. Nta stated specifically that he wanted to die in a Mexican Stand Off situation where it would be covered by the media. Mr. Enghagha stated that Nta also informed him that he wanted to kill black males in a public setting like the Super Bowl to ensure media coverage. Nta's brother-in-law also indicated that he feared that Nta had given him and his wife marijuana laced corn bread one evening in early February. Mr. Enghagha stated that given the magnitude of Nta's threats and Nta's behavior he felt inclined to report this information to law enforcement. Mr. Enghagha indicated that he would turn over recordings of Nta's threats to law enforcement. Mr. Enghagha never turned over those recordings.

On May 22, 2016 at approximately 9:00 p.m., the University of Louisiana-Lafayette (ULL) Police Department responded to a complaint at Cajun Village involving marijuana possession. Officers made contact with recent ULL engineering graduate, Peter Nta, at his apartment and could smell the strong odor of marijuana emanating from his residence. Officers knocked on the door and Nta welcomed the officers into his residence. Officers observed marijuana and a grinder in plain view and asked Nta if he was willing to sign a consent-to-search form for his apartment. Nta signed the form and allowed the agents to search his residence. Agents located a fraudulent Liberian Visa and Identification card in the name of Solomon Dufresene, bearing Nta's picture. Agents asked why the defendant was in possession of these fraudulent documents and he stated that when his original green card was set to expire, he needed to purchase these documents in order to buy beer from the gas station. Agent Scott Woodrow from Homeland Security Investigations took over the

investigation from this point, and he interviewed the defendant, the defendant's wife, and the defendant's brother-in-law. The defendant provided the same reasoning to Agent Woodrow for his purchase of the fraudulent Visa. The defendant also explained to Agent Woodrow that he purchased the Visa by contacting a friend in Nigeria and having the friend bring the document with him on a trip to the United States.

ACKNOWLEDGMENTS:

I have read this Stipulated Factual Basis and have carefully reviewed every part of it with my counsel.   I fully understand it, and I voluntarily admit to the facts contained therein.

Dated: 06/28/2017

PETER NTA

I am the Defendant's counsel.   I have carefully reviewed every part of this Stipulated Factual Basis with the defendant.   To my knowledge, my client's decision to admit to the facts of this Stipulated Factual Basis is an informed and voluntary one.

6/28/17
Date

WAYNE J. BLANCHARD
Assistant Federal Public Defender
102 Versailles Blvd, Suite 816
Lafayette, LA 70501
Telephone: 337-262-6336

ALEXANDER C. VAN HOOK
Acting United States Attorney

June 28, 2017
Date

ROBERT F. MOORE, LA Bar: 31884
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: 337-262-6618