RECEIVED

JUN 2 8 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 16-CR-00138 |
|---|---|---|
| VERSUS | * | JUDGE DRELL |
| PETER NTA | * | MAGISTRATE WHITEHURST |

FACTUAL ALLEGATIONS IN SUPPORT OF JUDICIAL REMOVAL

NOTICE IS HEREBY GIVEN TO PETER NTA ("the defendant") and to his attorney of record, WAYNE J. BLANCHARD, Esq., that the United States of America alleges the following facts in support of the Notice of Intent to Request Judicial Removal:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Nigeria and a citizen of Nigeria.

3. The defendant was admitted to the United States as a non-immigrant Student, F-1 visa, at William Hobby Airport, Houston, Texas on August 08, 2011 with authorization to remain in the United States through duration of status; however, this status adjusted to Lawful Permanent Resident approved on October 11, 2013.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Western District of Louisiana, of the following count charged in the Indictment: Count

One: Possession of Fraudulent Immigration Documents in violation of Title 18, United States Code, Section 1546(a).

5. The maximum term of imprisonment for a conviction of Count One- violation of Title 18 United States Code, Section 1546(a) is ten (10) years.

6. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to: (1) Section 237(a)(3)(B)(iii) of the INA, as amended, 8 U.S.C. § 1227(a)(3)(B)(iii), as an alien who committed a violation of, or an attempt or a conspiracy to violate, section 1546 of title 18, United States Code (relating to fraud and misuse of visas, permits, and other entry documents).

WHEREFORE, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), the United States of America requests that the Court, at the time of sentencing, order that the defendant be removed from the United States to Nigeria.

Dated:  6/28/17

ALEXANDER C. VAN HOOK
Acting United States Attorney

ROBERT F. MOORE, LA Bar: 31884
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501

Telephone: 337-262-6618